# MEMORANDUM DECISIONS

J. W. AUSTIN v. STATE. (No. 8189.) (Court of Criminal Appeals of Texas. Dec. 12, 1923.) Appeal from District Court, Bowie County; Hugh Carney, Judge. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

HAWKINS, J. Appellant was convicted of the illegal transportation of intoxicating liquor and his punishment was assessed at one year confinement in the penitentiary. It is made to appear by proper affidavit that, after perfecting his appeal to this court, appellant escaped from the custody of the sheriff and has not been recaptured. Under article 912, Code of Criminal Procedure, the jurisdiction of this court was lost by reason of said escape, and the appeal is ordered dismissed.

---

Robert EMERSON v. STATE. (No. 8089.) (Court of Criminal Appeals of Texas. Dec. 12. 1923.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Dallas county of the offense of burglary of a private residence, and his punishment fixed at twenty years in the penitentiary. The record is before us without any statement of facts or bills of exception, and there is nothing in the transcript from which we infer that appellant was represented by counsel. The indictment charged burglary of a private residence, and the charge of the learned trial court seems in all things to conform to the law. The only thing in the record in the shape of a motion for new trial appears to be a document, addressed to the trial judge and signed by appellant, asking that he be brought down before him to make a motion for an appeal. Finding no error in the record, an affirmance will be ordered.

---

Lonnie ETHRIDGE v. STATE. (No. 7996.) (Court of Criminal Appeals of Texas. Jan. 2, 1924.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Collin county of rape, and his punishment fixed at five years in the penitentiary. There being neither bills of exception nor statement of facts in this record, we are confined to a consideration of the sufficiency of the indictment and charge of the court. Both appearing to be in conformity with law, an affirmance is ordered.

---

Louis FELESKY v. STATE. (No. 7893.) (Court of Criminal Appeals of Texas. Dec. 12, 1923. Rehearing Denied Jan. 16, 1924.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Ballowe & King, of Dallas, for appellant. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

MORROW, P. J. The offense is theft; punishment fixed at confinement in the penitentiary for a period of two years. This is a companion case to Pinselgold v. State (No. 7892) 256 S. W. 921, recently decided. The appellant, Pinselgold, and Bauer, acting together, engaged to purchase three empty boxes, but loaded on their wagon two additional boxes containing 36 suits of clothes and other merchandise. The evidence is sufficient to show the intent to commit the theft at the time of the taking. There was no objection made to the evidence received, or complaint of the court's charge. The judgment is affirmed.

---

Mrs. R. A. HARDEMAN v. STATE. (No. 7999.) (Court of Criminal Appeals of Texas. Jan. 2, 1924.) Appeal from Tarrant County Court at Law; P. W. Seward, Judge. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

LATTIMORE, J. Appellant was convicted in the county court at law of Tarrant county of running a bawdyhouse, and her punishment fixed at a fine of $200 and twenty days in jail. The record is devoid of statement of facts or bills of exception. A number of special charges were asked, but in the absence of the facts given in testimony we are unable to determine the question of any error involved in their refusal. The complaint sufficiently charges a violation of the law. No error appearing, an affirmance will be ordered.

---

Jim HARRIS v. STATE. (No. 7927.) (Court of Criminal Appeals of Texas. Dec. 5, 1923.) Appeal from District Court, Bell County; John Watson, Judge. Tom Garrard, State's Atty., of Midland, and Grover C. Morris, Asst. State's Atty., of Devine, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. Upon a plea of guilty, appellant was convicted, and the lowest penalty assessed against him. The indictment is regular. No sufficient reason is given for a reversal of the judgment. It is therefore affirmed.

---

Johnnie JAMERSON v. STATE. (No. 8333.) (Court of Criminal Appeals of Texas. Dec. 19, 1923.) Appeal from District Court, Angelina County; L. D. Guinn, Judge. Tom Garrard, State's Atty., of Midland, and Grover